FILED
GREGG COUNTY, TEXAS

OCT 30 2015

BARBARA DUNCAN, DISTRICT CLERK
BY _____, DEPUTY

NO. 43527-B

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/2/2015 9:14:43 AM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **124TH JUDICIAL DISTRICT** |
| | § | |
| **ALEJANDRO GARCIA** | § | **GREGG COUNTY, TEXAS** |

## NOTICE OF APPEAL AND MOTION FOR SUSPENSION OF RULES PURSUANT TO TEX. R. APP. PRO. RULE 2

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Alejandro Garcia, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Alejandro Garcia.

Appellant requests a suspension of the rules pursuant to Tex. R. App. Pro. Rule 2 to allow this notice of appeal to be considered timely filed. Appellant was sentenced 24 July 2015. Motion for New Trial and Motion in Arrest of Judgment was timely filed 13 August 2015. On 3 September 2015 counsel was notified in person that appellant did not wish to continue his appeal. Appellant reaffirmed the decision to counsel 4 September 2015. Appellant filed a *pro se* untitled motion asking for new counsel and requesting his appeal continue, however, he did not inform appellate counsel of his decision, nor was appellate counsel served with this motion.

Appellate Counsel first became aware of the change of heart of Appellant on 29 October 2015. Appellant now files this Notice of Appeal.

Respectfully submitted,

ROBERT L COLE JR
P. O. Box 829
LONGVIEW, TX 75606
Tel: (903) 236-6288
Fax: (903) 236-5441

By:_____

Robert L. Cole, Jr.
State Bar No. 04547800
rcolejd@gmail.com
Attorney for Alejandro Garcia

## CERTIFICATE OF SERVICE

This is to certify that on October 30, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Gregg County, Gregg County Courthouse, by hand delivery.

_____

Robert L. Cole, Jr.

**F I L E D**

GREGG COUNTY, TEXAS

AUG 1 3 2015

3:50 O'CLOCK ___ M

BARBARA DUNCAN, DISTRICT CLERK

BY_____ DEPUTY

**NO. 43527-B**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **124th JUDICIAL DISTRICT** |
| | § | |
| **ALEJANDRO GARCIA** | § | **GREGG COUNTY, TEXAS** |

## MOTION FOR NEW TRIAL AND MOTION IN ARREST OF JUDGMENT

## TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alejandro Garcia, the Defendant in the above styled and numbered cause, and files this Motion for New Trial and Motion in Arrest of Judgment pursuant to Rules 21 and 22 of the Texas Rules of Appellate Procedure, and in support thereof would show this court the following:

1.    The Defendant was sentenced on 24 July 2015. This Motion, filed within the thirty-day timetable, is therefore timely. A hearing must be commenced before the 75th day after the sentence, which is 7 October 2015, or this motion is overruled by operation of law.

2.    The verdict in this cause is contrary to the law and the evidence. See Tex. R. App. P. 21.3.

3.    The trial court has the discretion to grant a new trial in the interests of justice, as the Court of Criminal Appeals has emphasized:

For more than one hundred and twenty years, our trial judges have had the discretion to grant new trials in the interest of justice. In Mullins v. State, 37 Tex. 337, 339-340 (1872-73), the Supreme Court, which at that time had criminal jurisdiction, held:

. . . The discretion of the District Court, in granting new trials, is almost the only protection to the citizen against the illegal or oppressive verdicts of prejudiced,

careless, or ignorant juries, and we think the District Court should never hesitate to use that discretion whenever the ends of justice have not been attained by those verdicts.

State v. Gonzalez, 855 S.W.2d 692 (Tex. Crim. App. 1993).

4.     For the foregoing reasons, and for such other reasons that may arise on the hearing of this Motion, Defendant requests a new trial.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that the Court set aside the judgment of conviction entered in this cause and order a new trial on the merits.

Respectfully submitted,

ROBERT L COLE JR
P. O. Box 829
LONGVIEW, TX 75606
Tel: (903) 236-6288
Fax: (903) 236-5441

By: _____
Robert L. Cole, Jr.
State Bar No. 04547800
rcolejd@gmail.com
Attorney for Alejandro Garcia

## <u>CERTIFICATE OF PRESENTMENT</u>

By signature above, I hereby certify that a true and correct copy of the above and foregoing has been hand-delivered to the Office for the 124th Judicial District Court of Gregg County, on this day, August 13, 2015.

## **CERTIFICATE OF SERVICE**

This is to certify that on August 13, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Gregg County, Gregg County Courthouse, by hand delivery.

_Robert L. Cole, Jr._
Robert L. Cole, Jr.